

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Satterfield & Pontikes Construction, Inc. v. Texas Southern
                          University, Jim McShan, and Greg Williams

Appellate case number:    01-14-00596-CV

Trial court case number:  2014-12277

Trial court:              334th Judicial District Court of Harris County

       Appellant has filed an opposed emergency motion for temporary relief in this appeal. The Court requests a response to the emergency motion from appellee Texas Southern University. The response must be filed no later than **5:00 p.m., 10 days from the date of this order**. *See* TEX. R. APP. P. 2, 9.2(c)(4).

       It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                ☑ Acting individually    ☐ Acting for the Court

Date: August 7, 2014